IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GEORGE MARSHALL, ADC # 80615**                                                      **PETITIONER**

**VS.**                              **5:07CV00182-WRW**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                                 **RESPONDENT**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Beth M. Deere.[1] No objections have been filed and the time for doing so has passed.

After considering the Recommended Disposition and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly this Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice.   Petitioner's Motion for Ruling (Doc. No. 35) and Motion for Hearing (Doc. No. 36) are DENIED as MOOT.

IT IS SO ORDERED this 5th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 37.