**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GEORGE MARSHALL, ADC # 80615**                                                  **PETITIONER**

**VS.**                                      **5:07CV00182-WRW**

**LARRY NORRIS, Director,
Arkansas Department of Correction**                                       **RESPONDENT**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of February, 2008.


                                                        /s/Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE